UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-CR-20155-RAR(s)

UNITED STATES OF AMERICA,

**DO NOT DESTROY**

v.

DIEGO SANUDO SANCHEZ CHOCRON,
GREGORY CHARLES MILO CASKEY,

      Defendants.
_____/

**JURY NOTES/QUESTIONS**

need clarification
of what the
actual counts
2-7
(the descriptors)
what's the
difference
between count 2-7?

LADIES AND GENTLEMEN OF THE JURY:
PLEASE REFER TO THE SUPERSEDING INDICTMENT, WHICH EXPLAINS COUNTS 2 THROUGH 7 — AS WELL AS THE CORRESPONDING JURY INSTRUCTIONS.
THANK YOU.
— Judge Ruiz

CASE NO. **24-CR-20155-RAR**

4:24pm 3/26/25

Your honor,

We have come to a verdict on one defendant however we cannot agree on the other.

Please advise.

Jurors

LADIES AND GENTLEMEN OF THE JURY:
IF YOU ARE UNABLE TO AGREE ON THE OTHER DEFENDANT WE WILL RESUME DELIBERATIONS TOMORROW MORNING AT 9:00 AM. PLEASE CONTINUE DELIBERATING UNTIL 5:00 PM TODAY.

—JUDGE RUIZ